```
                                                              FILED
         UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF COLUMBIA                       MAY 1 2 2008

                                                        NANCY MAYER WHITTINGTON, CLERK
                                                            U.S. DISTRICT COURT
```

ALEXANDER IFEANYI IJEMBA,            )
                                     )
    Plaintiff,                       )
                                     )
    v.                               )     Civil Action No. 07-1541
                                     )
MICHAEL CHERTOFF *et al.*,           )
                                     )
    Defendants.                      )
                                     )

### ORDER DISMISSING ACTION

It is hereby

ORDERED that this civil action is DISMISSED without prejudice for plaintiff's failure to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915. *See* Order, Aug.30, 2007.

    SO ORDERED.

Date: 5/9/08

                                                               United States District Judge

