**CLERK'S OFFICE**
ED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS



ALEXANDER IFEANYI IJEMBA
R####3-012
OAKDALE FEDERAL DETENTION
CENTER
P.O. Box 5010
Oakdale, LA 71463

NIXIE    711  5C  1          82 05/20/08
          RETURN TO SENDER
             REFUSED
          UNABLE TO FORWARD
     BC: 20001289999    *0231-01440-12-43

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ALEXANDER IFEANYI IJEMBA, )
)
Plaintiff, )
)
v. ) Civil Action No. 07-1541
)
MICHAEL CHERTOFF *et al.*, )
)
Defendants. )

## ORDER DISMISSING ACTION

It is hereby

ORDERED that this civil action is DISMISSED without prejudice for plaintiff's failure to comply with the filing fee requirements of the Prison Litigation Reform Act, 28 U.S.C. § 1915. *See* Order, Aug.30, 2007.

SO ORDERED.

Date: 5/9/08

/s/ Paul L. Friedman
United States District Judge